No. 73–128. NATIONAL RAILROAD PASSENGER CORP. *v.* MILLER, ATTORNEY GENERAL OF KANSAS, ET AL. Affirmed on appeal from D. C. Kan.

No. 72–1558. STEIN, ADMINISTRATRIX, ET AL. *v.* LEWISVILLE INDEPENDENT SCHOOL DISTRICT ET AL. Appeal from Ct. Civ. App. Tex., 2d Sup. Jud. Dist., dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 72–6917. ZWEIG ET AL. *v.* CALIFORNIA. Appeal from App. Dept., Super. Ct. Cal., County of Los Angeles, dismissed for want of substantial federal question. MR. JUSTICE DOUGLAS would note probable jurisdiction and set case for oral argument.

No. 73–5202. FELDER *v.* NEW YORK. Appeal from Ct. App. N. Y. dismissed for want of substantial federal question. MR. JUSTICE DOUGLAS would note probable jurisdiction and set case for oral argument.